John M. Karns, administrator of the estate of Carol E. Graves, deceased, appellee, v. Prudential Insurance Company of America, appellant.

Opinion filed November 9, 1936.
Kramer, Campbell, Costello & Wiechert and Norman J. Gundlach, for appellant. R. B. Hendricks, for appellee.
Mr. Justice Murphy delivered the opinion of the court.